**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JEFFREY G. HUTCHINSON,

    Petitioner,

vs.                                         CASE NO. 5:09cv261/RS

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.

_____/

## ORDER

Before me is Petitioner's Application For A Certificate Of Appealability (Doc. 42). Petitioner argues four instances which he contends were denial of a constitutional right and a single procedural ruling which rejected Petitioner's argument of equitable tolling and dismissed Petitioner's habeas petition as untimely. Respondent's Response To Motion For Certificate Of Appealability (Doc. 44) addresses only Petitioner's equitable tolling argument.

**IT IS ORDERED:**

1. Petitioner's Application For A Certificate Of Appealability (Doc. 42) is denied as to Petitioner's claim that his habeas petition was filed timely because of equitable tolling. *Holland v. Florida*, 130 S.Ct. 2549 (2010).

2. A certificate of appealability is denied as to Ground 3 of the habeas petition—admission of testimony "...from one of the interrogating officers that he had talked with Mr. Hutchinson for six to seven hours after he had been arrested." Petitioner has not made a substantial showing of the

denial of a constitutional right.

3. A certificate of appealability is granted for the following issues:

(A)  Ground 1— Denial of effective assistance of counsel during the guilt phase of the trial in violation of the Sixth, Eighth, and Fourteenth Amendments.

(B)  Ground 2— Improper arguments by the prosecutor during closing argument which violated the Fifth, Sixth, and Fourteenth Amendments.

(C)  Ground 4— Denial of Petitioner's motion for a new trial after three jurors reported that an unidentified person told them during a lunch break that they "...should hang him [petitioner]".

**ORDERED** on October 29, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**