IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JEFFREY G. HUTCHINSON,**

    Petitioner,

vs.                                                CASE NO. 5:09-CV-261-RS

**STATE OF FLORIDA,**

    Respondent.
_____/

## ORDER

Before me is Respondent's motion for reconsideration (Doc. 47). Petitioner did not file a response.

The Eleventh Circuit may not address claims on appeal that a district court has not addressed below. *See Clisby v. Jones,* 960 F.2d 925, 934 (11th Cir. 1992). Therefore, because I dismissed the petition as untimely and did not reach the merits of Petitioner's constitutional claims, timeliness is the only issue that the Eleventh Circuit may consider. Thus, a certificate of appealability may not be entered on any of Petitioner's underlying constitutional claims.

**IT IS ORDERED:**

The relief requested by respondent's motion (Doc. 47) is **granted.** An amended certificate of appealability will follow.

**ORDERED** on November 30, 2010.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**