## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION


**JEFFREY G. HUTCHINSON,**

      **Petitioner,**

**vs.**                                   **CASE NO. 5:09-CV-261-RS**

**STATE OF FLORIDA,**

      **Respondent.**
_____/

## AMENDED ORDER

Petitioner's application for a certificate of appealability (Doc. 42) is **denied** on all grounds.


**ORDERED** on November 30, 2010.


      **/s/ Richard Smoak**
      **RICHARD SMOAK**
      **UNITED STATES DISTRICT JUDGE**